UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSCAR L. WASHINGTON SR., pro se,
on behalf of himself and as next friend
of his minor children, K.W., O.W., and P.W.,

        Plaintiff,

vs.                                       Case No. 8:06-CV-2003-T-24-MAP

THE DEPARTMENT OF CHILDREN
AND FAMILIES, et al,

        Defendants.
_____/

**O R D E R**

      This cause comes before the Court on its own.  Plaintiff is proceeding pro se, and has filed a Complaint against the Department of Children and Families, et al., alleging discrimination and equal protection violations on behalf of himself and his three minor children.  Attached to Plaintiff's Complaint are numerous exhibits, which contain sensitive information regarding his minor children, including their full names, their full social security numbers, and their full addresses.  Plaintiff has also filed an Amended Complaint, which also includes such sensitive information regarding his minor children.

      Accordingly, the Clerk is hereby directed to file Plaintiff's Complaint and Amended Complaint, including the attached exhibits, under seal.  Plaintiff is directed to refile his Complaint and his Amended Complaint with the sensitive information regarding his children redacted.  For example, Plaintiff must redact his Complaint and Amended Complaint, and any exhibits filed in support thereof, such that it includes only the last four digits of his children's social security numbers (as opposed to the entire number), their initials (as opposed to their full

names), the year of their birth (as opposed to the month and day of their birth), and the city and state of their home address (as opposed to their street address).  Plaintiff must file his redacted Complaint and Amended Complaint by November 10, 2006.  Furthermore, Plaintiff is directed to redact any such sensitive information regarding his children from any future filings.

Plaintiff's failure to comply with this Order may result in the dismissal of his case without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of October, 2006.

Copies to:
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge